UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY R. R.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI,[2] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 21-01580 CJC (RAO) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The Court has further engaged in a *de novo* review of those portions of the Report issued on November 22, 2022, to which Plaintiff has objected. The Court is not persuaded by any of Plaintiff's objections, but addresses one objection in particular.

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi, the Acting Commissioner of Social Security, is hereby substituted as the defendant herein.

      Plaintiff objects that the Report improperly shifts the burden from the ALJ to Plaintiff to develop the medical record. *See* Dkt. No. 23 at 2-3. As addressed in the Report, the ALJ fulfilled his duty to develop the record by requesting Dr. Chung's treatment records and holding the record open to obtain this evidence. *See* Report at 5-6. After receiving Dr. Chung's treatment records, the ALJ advised Plaintiff of his right to submit written comments concerning the evidence or any additional records he wished to be considered before the ALJ issued his decision. *Id*. at 5. When Plaintiff did not respond, the ALJ proceeded to issue his decision. The Report found that the ALJ satisfied his duty to develop the record by requesting, and obtaining, treatment records from Dr. Chung. In finding that the ALJ had appropriately developed the record, the Report did not shift the burden to Plaintiff.

      Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

      IT IS ORDERED that the decision of the Commissioner is affirmed.

DATED: January 24, 2023

                              CORMAC J. CARNEY
                              UNITED STATES DISTRICT JUDGE